# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARRETT W. BURROUGHS

VERSUS

DEPARTMENT OF REVENUE, STATE
OF LOUISIANA

NO.  2026 CW 0615

**JULY 13, 2026**

---

In Re:   Garrett W. Burroughs, applying for supervisory writs,
         Board of Tax Appeals, State of Louisiana, No. 14246.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **WIL**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT